UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80044-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JERMAINE DOMINGO WILLIAMS,

    Defendant.
_____/

**DEFENDANT'S PSI OBJECTIONS**

The defendant, Jermaine Domingo Williams, through counsel, respectfully files these objections to his presentence investigation report ("PSI") pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure and the Due Process Clause of the United States Constitution, and in support thereof, states:

A PSI follows a defendant throughout his or her time in prison and severely affects his custody status, designation, and eligibility for certain programs including early release. Accordingly, it needs to be accurate in order to ensure the defendant is treated fairly. *See generally United States v. Cesaitis*, 506 F. Supp. 518, 520-521 (D.C. Mich. 1981). "A criminal defendant has a due process right not to be sentenced on the basis of false information." *United States v. Davis*, 233 Fed. Appx. 944, 946 (11th Cir. 2007).

"If the defendant challenges factual statements in the PSI, the government is required to support its PSI statements by some reliable substantiation that is

satisfactory to convince the sentencing court that the truth of the PSI statement is not unlikely." *Id.* (internal citations omitted). Under Rule 32(i)(3)(B) of the Federal Rules of Criminal Procedure, where the defendant disputes a factual matter in the PSI, the sentencing court must "rule on the dispute or determine that a ruling is unnecessary either because the matter will not affect sentencing, or because the court will not consider the matter in sentencing." FED. R. CRIM. P. 32(i)(3)(B).

### NON-GUIDELINES, FACTUAL OBJECTIONS

**Mr. Williams Did Not Receive a Financial Payment, Page 5, ¶13.**

The PSI indicates that Mr. Williams "was paid $8,000" for his involvement in the offense. (DE 89: ¶13). However, as reported in the factual basis, he was *going to be* paid between $5,000 and $8,000. (DE 56: 7). He did not actually receive a financial payment.

**Year of Birth, Page 9, ¶51.**

In the Identifying Data section on page 3 of the PSI, Mr. Williams's correct year of birth is reported. (DE 89: 3). However, when his year of birth is reported later in the PSI, it is reported incorrectly. (DE 89: ¶51). Mr. Williams objects to this year of birth and asks that it be updated to reflect the same year of birth as on page 3 of the PSI.

\*     \*     \*

Wherefore, Mr. Jermaine Domingo Williams, through undersigned counsel, asks this Court to sustain these objections to his PSI and instruct United States Probation to update his PSI accordingly.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By: *s/M. Caroline McCrae*
Caroline McCrae
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 72164
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Caroline_mccrae@fd.org - Email

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/M. Caroline McCrae*
M. Caroline McCrae